**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| **CAROLYN ANN JONES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 2:22-cv-02683-JPM-tmp** |
| **v.** | ) | |
| | ) | |
| **BWAY CORPORATION d.b.a.** | ) | |
| **MAUSER PACKAGING SOLUTIONS** | ) | |
| **& RANDY DUERKSEN** | ) | |
| | ) | |
| **Defendants.** | ) | |

**SUPPLEMENTAL JURY INSTRUCTION NO. 1**

The jury has submitted the following question to the Court:

Questions:

1. Is it possible to hold BWAY responsible for Negligence regarding failure to conduct a
thorough investigation on Ms. Jones' allegations of sexual harassment?

Answer:

Plaintiff has not brought a claim for the tort of Negligence regarding BWAY's alleged
failure to conduct a thorough investigation. You may only make determinations on whether
Plaintiff has proven by a preponderance of the evidence the claims alleged. If a claim is not alleged,
you  cannot consider it.

Remember, you must follow the law as I explained it to you whether you agree with that
law or not; and you must follow all of my instructions as a whole.  You may not single out, or
disregard, any of the Court's instructions on the law.