# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| CAROLYN ANN JONES, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 2:22-cv-02683-JPM-tmp |
| v. | ) |
| | ) |
| BWAY CORPORATION, ET AL. | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for a trial by jury, the issues have been tried, and the jury having duly rendered its verdict for the Defendants on all claims on April 24, 2024 (ECF No. 103),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the jury verdict:

Judgment is entered for Defendants, BWAY Corporation and Randy Duerksen. Accordingly, this action is **DISMISSED WITH PREJUDICE**.


**APPROVED:**


 /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

**DATE:**
April 25, 2024